# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| CLARA HELMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:25-cv-00987-MHH-SGC |
| ) | |
| WARDEN BROTON, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On August 4, 2025, the magistrate judge entered a report in which she recommended that the Court dismiss this habeas proceeding without prejudice for failure to prosecute because the petitioner, Clara Helms, did not pay the filing fee or apply to proceed *in forma pauperis*. (Doc. 4). The magistrate judge also explained that Ms. Helms has not exhausted her administrative remedies. (Doc. 4). The magistrate judge advised Ms. Helms of her right to file written objections to the report within 14 days. (Doc. 4). To date, the Court has not received objections to the report.

On August 18, 2025, the U.S. Postal Service returned the Report and Recommendation the Court attempted to mail to Ms. Helms as undeliverable with the following notations: "Return to Sender"; "Vacant"; and "Unable to Forward." (Doc. 5). An August 26, 2025 review of the Federal Bureau of Prisons' Inmate

Locator, available at https://www.bop.gov/inmateloc/, reflects that Ms. Helms is "not in BOP custody."

After consideration of the electronic record in this case and the magistrate judge's report, the Court adopts the report and accepts the recommendation. (Doc. 4). Consistent with that recommendation, the Court will dismiss this action without prejudice pursuant to Rule 41(b) of the *Federal Rules of Civil Procedure* for Ms. Helms's failure to prosecute.

**DONE** and **ORDERED** this August 27, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE